```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
                                    The party obtaining this order is responsible for
                                    noticing it pursuant to Local Rule 9022-1.

                                    Dated: November 05, 2010
```


STEVE BROWN & ASSOCIATES, LLC
1414 EAST INDIAN SCHOOL ROAD, SUITE 200
PHOENIX, ARIZONA 85014
(602) 264-9224

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Steven J. Brown (#010792) sbrown@sjbrownlaw.com
Steven D. Nemecek (#015219) snemecek@sjbrownlaw.com
*Attorneys for Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| | Case No. 2:09-bk-20825-RJH |
| CHARLES G. FLEMING III and JENNIFER L. FLEMING, | **ORDER GRANTING TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT WITH WELLS FARGO BANK, N.A.** |
| Debtors. | |

The Court has considered the Trustee's Motion For Order Approving Settlement With Wells Fargo Bank, N.A. (the "Motion") filed by Chapter 7 Trustee Maureen Gaughan (the "Trustee"), and there being no objections filed, and the deadline for filing objections having expired, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** approving the settlement described in the Motion.

**IT IS FURTHER ORDERED** directing Wells Fargo Bank, N.A. ("Wells") to pay to the Trustee the sum of $207,000 (the "Settlement Payment") within 10 days from the date of this order.

**IT IS FURTHER ORDERED** that the Deed Of Trust in favor of Wells, in the principal amount of $348,946, dated May 20, 2009, and recorded on December 7, 2009, at Maricopa County Recorder Document No. 20091117932 (the "Deed Of Trust") against real property located at 1868 East Dubois Avenue in Gilbert, Arizona (the "Property") is deemed a validly-perfected lien against the Property, which has a legal description as follows:

> Lot 71, of Evans Ranch, According to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, Recorded in Book 830 of Maps, Page 31.

**IT IS FURTHER ORDERED** that, effective upon the Trustee's receipt of the Settlement Payment, all claims that the Trustee or the Estate had, has, or might have against Wells relating to the loan provided to Debtors by Wells, the Deed Of Trust, and the Property, are deemed released.

**IT IS FURTHER ORDERED** that all claims that Wells had, has, or might have against the Trustee, the Estate, and the Settlement Payment are deemed released; however, Wells shall retain a secured claim against the Property and Debtors and, to the extent that there are any funds remaining in the Estate after the Trustee pays in full all claims, the Trustee is hereby authorized and directed to return those funds to Wells without further order of the Court.

**IT IS FURTHER ORDERED** authorizing and directing the Trustee to file a notice of dismissal with prejudice with respect to Adversary No. 2:10-ap-01364 following receipt of the Settlement Payment.

**IT IS FURTHER ORDERED** that the Trustee and Wells shall bear their own fees and costs.

[DATED AND SIGNED ABOVE.]